IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HEALIX INFUSION THERAPY, INC., | § § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-2072 |
| | § | |
| HELIX HEALTH, LLC, and | § | |
| STEVEN MURPHY, | § | |
| Defendants. | § | |

## FINAL JUDGMENT AND PERMANENT INJUNCTION

Based on the rulings in the Memorandum and Order issued this day, it is hereby

**ORDERED** that final judgment is entered in favor of Plaintiff.  It is further

**ORDERED** that Defendants Helix Health, LLC and Dr. Steven Murphy as well

as their agents, servants, partners, employees, representatives, and those persons or

entities acting in active concert or participation with them, who receive actual notice

of this **Permanent Injunction**, are **PROHIBITED and ENJOINED** from using

"Helix Health" or any derivative thereof, including without limitation "Healix" and

"Helix," except that Dr. Murphy may use the names "Helix Health of Connecticut,"

"Helix Health of New York," and "Helix Health of Delaware."  It is further

**ORDERED** that Defendants are to take affirmative steps to comply with this injunction by sending written notice of Defendants' name change to all third party payors; all professional associations to which Dr. Murphy or his affiliated entities belong; all websites and listings on which Defendants knowingly have posted information as medical or health care providers; and all blogs, websites, and email services used by Defendants.  It is further

**ORDERED** that upon receipt of notice of any breach of this injunction or the Settlement Agreement, Defendants must cure the breach within fourteen (14) days or be subject to contempt penalties.  It is further

**ORDERED** that Defendants must provide to Plaintiff in writing, within one week of counsel's receipt of this Final Judgment and Permanent Injunction, Defendants' new email address to be used for all emails Plaintiff possesses that are directed to Defendants.  Plaintiffs, within one week thereafter, must forward to that new email address all emails directed to Defendants that are currently in Plaintiff's control, and must forward future emails directed to Defendants to that email address within one week of Plaintiff's receipt of them.  It is further

**ORDERED** that Defendants must pay all costs taxable under 28 U.S.C. § 1920. This is a **final appealable judgment**.

SIGNED at Houston, Texas, this **30th** day of **September, 2010**.

Nancy F. Atlas
United States District Judge